1  **BLUMENTHAL NORDREHAUG BHOWMIK**
   **DE BLOUW LLP**
2    Norman B. Blumenthal (State Bar #068687)
     Kyle R. Nordrehaug (State Bar #205975)
3    Aparajit Bhowmik (State Bar #248066)
   2255 Calle Clara
4  La Jolla, CA 92037
   Telephone: (858)551-1223
5  Facsimile: (858) 551-1232

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ETTEDGUI, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WB STUDIO ENTERPRISES INC., a corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE No. **2:20-cv-08053-MCS-(JDEx)**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: May 23, 2022<br>Hearing Time: 9:00 a.m.<br><br>District Judge: Hon. Mark C. Scarsi<br>First Street Courthouse<br>Courtroom 7C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on May 23, 2022, at 9:00 a.m. in the United States District Court for the Central District of California, located at the First Street U.S. Courthouse, 350 W 1st Street, Los Angeles CA 90012, in Courtroom 7C before the Honorable Mark C. Scarsi, Plaintiff David Ettedgui ("Plaintiff") will move for final approval of the proposed class action and PAGA action settlement with Defendant WB Studio Enterprises Inc. ("Defendant").

This motion is brought in accordance with the Order dated January 26, 2022 (Doc. No. 72.) and Fed. R. Civ. P. Rule 23(h).  This motion is unopposed and based on the Class Action Settlement Agreement ("Settlement" or "Agreement") between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of the Plaintiff, the Declaration of Evelin Reyes (the Settlement Administrator), the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: April 22, 2022        BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

By:     */s/ Kyle Nordrehaug*
         Norman B. Blumenthal
         Kyle R. Nordrehaug
         Attorneys for Plaintiff