UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-08053-MCS-JDE | Date | May 23, 2022 |
|---|---|---|---|
| Title | *David Ettedgui v. WB Studio Enterprises Inc. et al* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Kyle R. Nordrehaug | Seth E. Pierce |
| | Louise Truong |

**Proceedings: Motion for Final Approval of Class Action Settlement (ECF No. 74) and Motion for Attorney Fees, Costs, and Class Representative Enhancements (ECF No. 73)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant the Motion for Final Approval of Class Action Settlement and Motion for Attorney Fees, Costs, and Class Representative Enhancements (ECF Nos. 73 and 74) (the "Motions"). Counsel address the Court. The Court takes the Motions UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.

                                                                    : 05
Initials of Deputy Clerk SMO